MICHAEL N. CAVALLIOTIS, Doing Business under the Trade Name of the AEGEAN TRADING COMPANY, v. ALFRED ETTLINGER.— Motion for reargument of appeal from order of the Supreme Court, New York County, entered January 12, 1942, denied, with ten dollars costs. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CHARLES L. DISTON v. WILLIAM DEWEY LOUCKS and Others, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased, for an Order to Discover Money and Property Withheld, Pursuant to Section 205 of the Surrogate's Court Act. TITLE GUARANTEE AND TRUST COMPANY, as Executor, etc., of EDWARD W. BROWNING, Deceased. LAWRENCE REISS and COAL CONTRACT Co., INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HERMAN BRANDT v. WALTER E. GODFREY and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Petition of CHARLES ALLEN, JR., and Others, for the Removal of GEORGE W. TREAT and Others, and RUDOLPH B. FLERSHEM, as Voting Trustee of the Common Stock of WICKWIRE SPENCER STEEL COMPANY.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of CHARLES ALLEN, JR., and Others, and DAVID M. PALLEY, for an Order for the Inspection of a List of the Holders of Voting Trust Certificates of WICKWIRE SPENCER STEEL COMPANY, against THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Transfer Agent for the Voting Trustee of the Common Stock of WICKWIRE SPENCER STEEL COMPANY, and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of FRANK REMLEIN, an Alleged Incompetent Person. LEVINE & MECKLER, Attorneys for LILLIAN WOLZ and WILLIAM REMLEIN. FRANCES REMLEIN, Petitioner in the Court Below.— Motion for leave to appeal to the Court of Appeals or for a reargument denied. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

CARL SHERMAN and Others v. FRANK COHEN.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.